IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER GERING, individually and as the parent and natural guardian of Braxtyn Hespe, Dylan and Trevyn Gering;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DANNY DEUTSCHE,<br><br>　　　　　Defendant. | 7:13CV5009<br><br>ORDER |

　　　Before the court is the Report and Recommendation ("R&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 24, recommending that this court deny the plaintiff's motion for partial summary judgment (Filing No. 14) without prejudice.  No objection has been filed to the R&R.  Pursuant to NECivR 41.2, the court has conducted a de novo review of the record and adopts the R&R in its entirety.

　　　THEREFORE, IT IS HEREBY ORDERED:

　　　1.　　The R&R (Filing No. 24) is adopted in its entirety; and

　　　2.　　The plaintiff's motion for partial summary judgment (Filing No. 14) is denied without prejudice.

　　　Dated this 24th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　United States District Judge