# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JENNIFER GERING, individually and as the parent and natural guardian of BRAXTYN HESPE, DYLAN GERING, and TREVYN GERING,** <br><br> Plaintiffs, <br><br> vs. <br><br> **DANNY DEUTSCH, d/b/a DEUTSCH TRUCKING,** <br><br> Defendant. | 7:13CV5009 <br><br> ORDER |

This matter is before the court on the parties' Joint Stipulation to Extend Dates (Filing No. 34). The court held a telephone conference with counsel for the parties on August 5, 2014. After consultation with counsel,

**IT IS ORDERED**:

1. The parties' Joint Stipulation to Extend Dates (Filing No. 34) is adopted.

    a. The plaintiffs shall have until **October 1, 2014**, to complete expert witness disclosures.
    b. The defendant shall have until **November 17, 2014**, to complete expert witness disclosures.
    c. The plaintiffs shall have until **December 10, 2014**, to complete rebuttal expert witness disclosures.
    d. The parties shall have until **January 12, 2015**, to file motions in limine challenging the admissibility of expert witness testimony.

2. A telephone planning conference with the undersigned magistrate judge will be held on **January 15, 2015, at 10:00 a.m.**, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. The plaintiffs' counsel shall initiate the call.

3. All other deadlines in the April 4, 2014, progression order are hereby suspended and the pretrial conference and trial settings are canceled and will be rescheduled during the January 15, 2015, planning conference.

Dated this 5th day of August, 2014.

                 BY THE COURT:

                 s/ Thomas D. Thalken
                 United States Magistrate Judge