IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JENNIFER GERING,

        Plaintiff,

vs.

DANNY DEUTSCH,

        Defendant.

7:13CV5009

ORDER

Upon notice of settlement given to the magistrate judge on July 16, 2015, by Amy L. Patras, counsel for the plaintiff,

**IT IS ORDERED** that:

1. On or before **August 17, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled. The defendant's motion in limine (Filing No. 107) is terminated as moot.

Dated this 16th day of July, 2015.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge