IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JENNIFER GERING individually and as parent and natural guardian of BRAXTYN HESPE and DYLAN and TREVYN GERING | ) ) ) ) | CIVIL ACTION NO.: 7:13-CV-5009 |
| Plaintiffs, | ) ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | ) ) ) | |
| DANNY J. DEUTSCH d/b/a DEUTSCH TRUCKING | ) ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon a Joint Stipulation for Dismissal with Prejudice filed by the parties herein (Filing No. 123 ). The parties advise in their Stipulation that a settlement agreement has been reached wherein each party agrees to bear its own costs and attorneys fees incurred in this action.

IT IS THEREFORE ORDERED that all remaining parties and causes of action herein are hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees incurred

Dated this 12th day of August, 2015.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:
Amy L. Patras, #22463
Crites, Shaffer, Connealy, Watson
Patras, & Cullers, P.C., L.L.O
201 East Third Street.,~ P.O. Box 1070
Chadron, NE 69337
(308) 432-3339 Telephone
(308) 432-2960 Fax
cscwh@bbc.net